# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2014

148721 & (18)(20)(24)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 148721
COA: 318658
Oakland CC: 2005-202583-FC

TERRENCE TERRELL MOORE,
        Defendant-Appellant.

_____/

     On order of the Court, the motion to file a brief exceeding 50 pages is DENIED as moot since the defendant's brief complies with MCR 7.212(B). The application for leave to appeal the January 31, 2014 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motions for letter request review and for miscellaneous relief are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2014



Clerk

p0922